

**FILED**
JUL 12 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Pro Chiropractic/Big Sky Spinal Care Center DBA Pro Physio<br>8757 Jackrabbit Lane<br>Belgrade, Montana<br><br>Pro Chiropractic<br>2405 W Main Street, Suite 8<br>Bozeman, Montana<br><br>Big Sky Spinal Care Center DBA Pro Physio<br>2405 W Main Street, Suite 5<br>Bozeman, Montana | MJ 19-46-MU-JCL<br>MJ 19-47-MU-JCL<br>MJ 19-48-MU-JCL<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance

1

on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 12 day of July, 2019.

*Jeremiah C. Lynch*
JEREMIAH C. LYNCH
United States Magistrate Judge