

**FILED**

JUL 2 2 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Big Sky Spinal Care Center DBA Pro Physio, 2405 W. Main Street, Suite 5, Bozeman, Montana | MJ 19-46-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 22nd day of July, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1